Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–28430–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Alicia R Green
　248 2nd Ave
　Toms River, NJ 08757

Social Security No.:
　xxx–xx–9143

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:　　　　　　11/15/17
Time:　　　　　　10:00 AM
Location:　　　　　Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 26, 2017
JAN: pbf

　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-28430-CMG
Alicia R Green                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 26, 2017
                             Form ID: 132          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
```
db            +Alicia R Green,   248 2nd Ave,   Toms River, NJ 08757-4825
517060653      Aurora Financial Gr In,   900 Route 73 N,   Marlton, NJ 08053-1230
517060655     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA  23238-1119)
517060654      Capital One,   Attn: Bankruptcy,   PO Box 30253,   Salt Lake City, UT  84130-0253
517060659      Comenity Bank/Express,   PO Box 182789,   Columbus, OH  43218-2789
517060658      Comenity Bank/Express,   Attn: Bankruptcy,   PO Box 182125,   Columbus, OH  43218-2125
517060663      Eastern Account System,   75 Glen Rd Ste 310,   Sandy Hook, CT  06482-1175
517060664     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit,   National Bankruptcy Service Center,
               PO Box 62180,   Colorado Springs, CO  80962-2180)
517060665     +Frd Motor Cr,   PO Box BOX542000,   Omaha, NE 68154-8000
517060667      Higher Education Student Assistance Auth,   PO Box 548,   Trenton, NJ 08625-0548
517060668      KML Law Group, PC,   216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
517060673      State of Nj Highed Ed,   PO Box 543,   Trenton, NJ  08625-0543
517060675      Target,   C/O Financial & Retail Srvs Mailstopn BT,   PO Box 9475,
               Minneapolis, MN 55440-9475
517060676     +Thrift Investment Corp,   720 King George Rd,   Fords, NJ 08863-1985
517060677      Tnb - Target,   PO Box 673,   Minneapolis MN  55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2017 22:43:59     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2017 22:43:56     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517060652      E-mail/Text: bknotices@conduent.com Sep 26 2017 22:44:52     Acs/Pnc Bank,
               ACS/Education Services,   PO Box 7051,   Utica, NY  13504-7051
517060656      E-mail/Text: kzoepfel@credit-control.com Sep 26 2017 22:44:00     Central Loan Admin & R,
               425 Phillips Blvd,   Ewing, NJ  08618-1430
517060657      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 26 2017 22:44:28     Comcast,
               PO Box 840,   Newark, NJ  07101-0840
517060661      E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2017 22:53:06     Credit One Bank NA,
               PO Box 98873,   Las Vegas, NV  89193-8873
517060660      E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2017 22:47:26     Credit One Bank NA,
               PO Box 98875,   Las Vegas, NV  89193-8875
517060666      E-mail/Text: rob@ftafinancial.com Sep 26 2017 22:44:53     FTA Financial, LLC,
               220 US Highway 46 Ste 301,   Little Ferry, NJ  07643-1416
517060669      E-mail/Text: bnckohlsnotices@becket-lee.com Sep 26 2017 22:43:24     Kohls/Capital One,
               Kohls Credit,   PO Box 3043,   Milwaukee, WI  53201-3043
517060670     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 26 2017 22:43:24     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517060671      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2017 22:53:09     Lvnv Funding LLC,
               PO Box 10497,   Greenville, SC  29603-0497
517060672      E-mail/Text: bk@afsacceptance.com Sep 26 2017 22:44:07     Prefrd Auto,   1260 Centre Tpke,
               Orwigsburg, PA  17961-8956
                                                                           TOTAL: 12
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517060662*    +Credit One Bank, NA,   PO Box 98873,   Las Vegas, NV 89193-8873
517060674     ##+Stellar Recovery Inc,   4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0312-3          User: admin             Page 2 of 2            Date Rcvd: Sep 26, 2017
                             Form ID: 132             Total Noticed: 27

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Daniel E. Straffi    on behalf of Debtor Alicia R Green dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 4