Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28430−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia R Green
   248 2nd Ave
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−9143

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:    2/21/18
Time:    12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Esq.
Attorney for Debtor

COMMISSION OR FEES
$4,000.00

EXPENSES
$400.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 30, 2018
JAN:

                                          Jeanne Naughton
                                          Clerk

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                              Case No. 17-28430-CMG
Alicia R Green                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2018
                              Form ID: 137             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
```
db             +Alicia R Green,    248 2nd Ave,    Toms River, NJ 08757-4825
lm             +Central Loan Administration,    45 Phillips Ave,    Ewing, NJ 08638
517104726     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
517156920      +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                 Arlington, TX 76096-3853
517060653       Aurora Financial Gr In,    900 Route 73 N,    Marlton, NJ 08053-1230
517060655     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238-1119)
517060654       Capital One,    Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
517060659       Comenity Bank/Express,    PO Box 182789,    Columbus, OH 43218-2789
517060660       Comenity Bank/Express,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
517060663       Eastern Account System,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
517060664     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 PO Box 62180,    Colorado Springs, CO 80962-2180)
517060665      +Frd Motor Cr,    PO Box BOX542000,    Omaha, NE 68154-8000
517060667       Higher Education Student Assistance Auth,    PO Box 548,    Trenton, NJ 08625-0548
517060668       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517274601      +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517060673       State of Nj Highed Ed,    PO Box 543,    Trenton, NJ 08625-0543
517060675       Target,    C/O Financial & Retail Srvs Mailstopn BT,    PO Box 9475,
                 Minneapolis, MN 55440-9475
517060676      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517060677       Tnb - Target,    PO Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2018 23:18:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2018 23:18:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517060652       E-mail/Text: bknotices@conduent.com Jan 30 2018 23:19:32      Acs/Pnc Bank,
                 ACS/Education Services,    PO Box 7051,    Utica, NY 13504-7051
517060656       E-mail/Text: kzoepfel@credit-control.com Jan 30 2018 23:18:42      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517060657       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 30 2018 23:19:07      Comcast,
                 PO Box 840,    Newark, NJ 07101-0840
517060661       E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2018 23:15:22      Credit One Bank NA,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517060660       E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2018 23:15:24      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV 89193-8875
517060666       E-mail/Text: rob@ftafinancial.com Jan 30 2018 23:19:32      FTA Financial, LLC,
                 220 US Highway 46 Ste 301,    Little Ferry, NJ 07643-1416
517060669       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2018 23:18:03      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
517060670      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2018 23:18:03      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517262534       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 23:21:06
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517060671       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 23:20:58      Lvnv Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517060672       E-mail/Text: bk@afsacceptance.com Jan 30 2018 23:18:53      Prefrd Auto,    1260 Centre Tpke,
                 Orwigsburg, PA 17961-8956
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517060662*     +Credit One Bank, NA,    PO Box 98873,    Las Vegas, NV 89193-8873
517060674     ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jan 30, 2018
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Alicia R Green dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```