UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08753
(732) 341-3800
(732) 341-3548 (fax)
dstraffi@comcast.net
Attorney for Debtor(s)

In Re:

Green, Alicia

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-28430

Hearing Date: 2/21/18 @ 12:00 pm

Judge: CMG

Chapter: 13

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Straffi & Straffi, LLC | $4,000.00 | $400.00 |

$3,400.00 of fees to be paid through plan
$600.00 of fees to be paid outside of plan
$400.00 for expenses to be paid outside of plan

*rev.8/1/15*