Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28430−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia R Green
   248 2nd Ave
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−9143

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 22, 2018.

   On October 10, 2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                   November 19, 2018
Time:                    10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 12, 2018
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

```
                     United States Bankruptcy Court
                          District of New Jersey

In re:                                              Case No. 17-28430-CMG
Alicia R Green                                      Chapter 13
          Debtor           CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2         Date Rcvd: Oct 12, 2018
                            Form ID: 185           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             +Alicia R Green,   248 2nd Ave,    Toms River, NJ 08757-4825
lm             +Central Loan Administration,   45 Phillips Ave,    Ewing, NJ 08638
517104726     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
517060652      Acs/Pnc Bank,   ACS/Education Services,    PO Box 7051,    Utica, NY 13504-7051
517156920     +AmeriCredit Financial Services, Inc., dba GM Finan,     P O Box 183853,
                Arlington, TX 76096-3853
517060653      Aurora Financial Gr In,    900 Route 73 N,   Marlton, NJ 08053-1230
517060663     #Eastern Account System,    75 Glen Rd Ste 310,   Sandy Hook, CT 06482-1175
517060664    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit,     National Bankruptcy Service Center,
                PO Box 62180,    Colorado Springs, CO 80962-2180)
517060665     +Frd Motor Cr,   PO Box BOX542000,    Omaha, NE 68154-8000
517060667      Higher Education Student Assistance Auth,    PO Box 548,    Trenton, NJ 08625-0548
517060668      KML Law Group, PC,    216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
517274601     +New Jersey Housing and Mortgage Finance Agency,     c/o Cenlar FSB,   425 Phillips Blvd,
                Ewing, NJ 08618-1430
517486363     +Ocean Board of Social Services,    1027 Hooper Avenue,    Toms River, NJ 08753-8370
517060673      State of Nj Highed Ed,    PO Box 543,   Trenton, NJ 08625-0543
517060675      Target,   C/O Financial & Retail Srvs Mailstopn BT,     PO Box 9475,
                Minneapolis, MN 55440-9475
517060676     +Thrift Investment Corp,    720 King George Rd,   Fords, NJ 08863-1985
517060677      Tnb - Target,   PO Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:13     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517060655      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 13 2018 00:21:03     Capital One,
                15000 Capital One Dr,   Richmond, VA 23238-1119
517060654      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 13 2018 00:20:11     Capital One,
                Attn: Bankruptcy,   PO Box 30253,    Salt Lake City, UT 84130-0253
517060656      E-mail/Text: kzoepfel@credit-control.com Oct 13 2018 00:15:16     Central Loan Admin & R,
                425 Phillips Blvd,   Ewing, NJ 08618-1430
517060657      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 13 2018 00:15:51     Comcast,
                PO Box 840,   Newark, NJ 07101-0840
517060658      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 13 2018 00:14:49     Comenity Bank/Express,
                Attn: Bankruptcy,   PO Box 182125,    Columbus, OH 43218-2125
517060659      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 13 2018 00:14:49     Comenity Bank/Express,
                PO Box 182789,   Columbus, OH 43218-2789
517060661      E-mail/PDF: creditonebknotifications@resurgent.com Oct 13 2018 00:20:19     Credit One Bank NA,
                PO Box 98873,   Las Vegas, NV 89193-8873
517060660      E-mail/PDF: creditonebknotifications@resurgent.com Oct 13 2018 00:19:30     Credit One Bank NA,
                PO Box 98875,   Las Vegas, NV 89193-8875
517060666      E-mail/Text: rob@ftafinancial.com Oct 13 2018 00:16:24     FTA Financial, LLC,
                220 US Highway 46 Ste 301,    Little Ferry, NJ 07643-1416
517060669      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2018 00:14:22     Kohls/Capital One,
                Kohls Credit,   PO Box 3043,    Milwaukee, WI 53201-3043
517060670     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2018 00:14:22     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517262534      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2018 00:20:24
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517060671      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2018 00:19:40     Lvnv Funding LLC,
                PO Box 10497,   Greenville, SC 29603-0497
517060672      E-mail/Text: bk@afsacceptance.com Oct 13 2018 00:15:27     Prefrd Auto,    1260 Centre Tpke,
                Orwigsburg, PA 17961-8956
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517060662*    +Credit One Bank, NA,    PO Box 98873,   Las Vegas, NV 89193-8873
517060674    ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Oct 12, 2018
                              Form ID: 185             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Alicia R Green bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5