| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-28430 / CMG**

Alicia R Green

Petition Filed Date: 09/11/2017
341 Hearing Date: 10/19/2017
Confirmation Date: 01/17/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2018 | $400.00 | 45889900 | 01/26/2018 | $400.00 | 46186900 | 02/23/2018 | $847.00 | 46900890 |
| 03/23/2018 | $847.00 | 47732740 | 04/23/2018 | $847.00 | 48495470 | 06/15/2018 | $847.00 | 49929300 |
| 08/20/2018 | $847.00 | 51624180 | 10/01/2018 | $847.00 | 52687640 | 10/01/2018 | ($847.00) | 52687640 |
| 10/02/2018 | $847.00 | 52687640 | 10/29/2018 | $847.00 | 53435660 | 11/26/2018 | $847.00 | 54128210 |

**Total Receipts for the Period:  $7,576.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,976.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Alicia R Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DANIEL E STRAFFI ESQ<br>»»  ORD 2/22/18 | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |
| 1 | HESAA | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2013 KIA SOUL/DEF BAL | Unsecured Creditors | $17,812.25 | $0.00 | $17,812.25 |
| 3 | LVNV FUNDING LLC | Unsecured Creditors | $593.49 | $0.00 | $593.49 |
| 4 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»»  P/248 2ND AV/1ST MTG | Mortgage Arrears | $47,568.81 | $5,914.83 | $41,653.98 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,976.00 | Plan Balance: | $46,349.00 ** |
| Paid to Claims: | $9,314.83 | Current Monthly Payment: | $1,026.00 |
| Paid to Trustee: | $661.17 | Arrearages: | $1,205.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $56,325.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**