Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 17-28430 / CMG**

Alicia R Green

Petition Filed Date: 09/11/2017  
341 Hearing Date: 10/19/2017  
Confirmation Date: 01/17/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $850.00 | 55546400 | 02/19/2019 | $1,026.00 | 56264550 | 04/01/2019 | $1,026.00 | 57405740 |
| 04/29/2019 | $1,026.00 | 58113600 | 05/28/2019 | $513.00 | 58879430 | 06/10/2019 | $513.00 | 59257310 |
| 07/22/2019 | $1,026.00 | 60288450 | 09/04/2019 | $500.00 | 61495040 | 09/18/2019 | $526.00 | 61839840 |
| 11/13/2019 | $600.00 | 63258650 | 11/25/2019 | $600.00 | 63518390 | | | |

**Total Receipts for the Period: $8,206.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,808.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alicia R Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» ORD 2/22/18 | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |
| 1 | HESAA | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2013 KIA SOUL/DEF BAL | Unsecured Creditors | $17,812.25 | $0.00 | $17,812.25 |
| 3 | LVNV FUNDING LLC | Unsecured Creditors | $593.49 | $0.00 | $593.49 |
| 4 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»» P/248 2ND AV/1ST MTG | Mortgage Arrears | $47,568.81 | $13,654.31 | $33,914.50 |

**Chapter 13 Case No. 17-28430 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,808.00 | Plan Balance: | $36,517.00 ** |
| Paid to Claims: | $17,054.31 | Current Monthly Payment: | $1,026.00 |
| Paid to Trustee: | $1,244.76 | Arrearages: | $4,711.00 |
| Funds on Hand: | $1,508.93 | Total Plan Base: | $56,325.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.