UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Alicia R Green

Debtor(s)

Case No.: 17-28430 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 2/4/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 2/4/2021

/s/ Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Alicia R Green<br>248 2nd Ave<br>Toms River, NJ   08757 | Debtor(s) | Regular Mail |
| Daniel Straffi, Esq.<br>Straffi & Straffi<br>670 Commons Way, Bldg. 1<br>Toms River, NJ   08755 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |