Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−28430−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia R Green
   248 2nd Ave
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−9143

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/3/21 at 09:00 AM

to consider and act upon the following:

**65** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/18/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/18/21

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court