| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 17-28430 / CMG**

Alicia R Green

Petition Filed Date: 09/11/2017
341 Hearing Date: 10/19/2017
Confirmation Date: 01/17/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $600.00 | 64566830 | 02/07/2020 | $1,026.00 | 65465360 | 05/13/2020 | $612.50 | 67854050 |
| 05/26/2020 | $612.00 | 68096380 | 06/11/2020 | $1,706.00 | 68575460 | 06/23/2020 | $1,100.00 | 68834950 |
| 07/20/2020 | $1,200.00 | 69481470 | 08/19/2020 | $500.00 | 70209690 | 09/02/2020 | $526.00 | 70572880 |
| 02/16/2021 | $605.50 | 74516950 | | | | | | |

**Total Receipts for the Period: $8,488.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,670.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alicia R Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» ORD 2/22/18 | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |
| 1 | KHEAA<br>»» HESAA | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2013 KIA SOUL/DEF BAL | Unsecured Creditors | $17,812.25 | $0.00 | $17,812.25 |
| 3 | LVNV FUNDING LLC | Unsecured Creditors | $593.49 | $0.00 | $593.49 |
| 4 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»» P/248 2ND AV/1ST MTG | Mortgage Arrears | $47,568.81 | $20,794.09 | $26,774.72 |

**Chapter 13 Case No. 17-28430 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,670.00 | Plan Balance: | $29,655.00 ** |
| Paid to Claims: | $24,194.09 | Current Monthly Payment: | $1,211.00 |
| Paid to Trustee: | $1,907.35 | Arrearages: | $5,634.50 |
| Funds on Hand: | $568.56 | Total Plan Base: | $56,325.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.