Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−28430−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alicia R Green
    248 2nd Ave
    Toms River, NJ 08757

Social Security No.:
    xxx−xx−9143

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     9/15/21
Time:     12:00 PM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑     will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐     will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 25, 2021
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-28430-CMG
Alicia R Green     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Aug 25, 2021     Form ID: 137     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia R Green, 248 2nd Ave, Toms River, NJ 08757-4825 |
| lm | + | Central Loan Administration, 45 Phillips Ave, Ewing, NJ 08638 |
| 517060652 | | Acs/Pnc Bank, ACS/Education Services, PO Box 7051, Utica, NY 13504-7051 |
| 517060653 | | Aurora Financial Gr In, 900 Route 73 N, Marlton, NJ 08053-1230 |
| 517060664 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 517060665 | + | Frd Motor Cr, PO Box BOX542000, Omaha, NE 68154-8000 |
| 517060667 | | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 518778168 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518778169 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 517274601 | + | New Jersey Housing and Mortgage Finance Agency, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517486363 | + | Ocean Board of Social Services, 1027 Hooper Avenue, Toms River, NJ 08753-8370 |
| 517060673 | | State of Nj Highed Ed, PO Box 543, Trenton, NJ 08625-0543 |
| 517060675 | | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 517060676 | + | Thrift Investment Corp, 720 King George Rd, Fords, NJ 08863-1985 |
| 517060677 | | Tnb - Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517104726 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2021 20:24:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 517156920 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2021 20:24:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 517060655 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 20:33:10 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517060654 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 20:33:10 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517060656 | | Email/Text: clientservices@credit-control.com | Aug 25 2021 20:24:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517060657 | | Email/Text: documentfiling@lciinc.com | Aug 25 2021 20:23:00 | Comcast, PO Box 840, Newark, NJ 07101-0840 |
| 517060658 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-28430-CMG    Doc 74    Filed 08/27/21    Entered 08/28/21 00:12:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 137 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 25 2021 20:24:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 517060659 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2021 20:24:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517060661 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 20:33:08 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517060660 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 20:33:08 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517060666 | | Email/Text: rob@ftafinancial.com | Aug 25 2021 20:24:00 | FTA Financial, LLC, 220 US Highway 46 Ste 301, Little Ferry, NJ 07643-1416 |
| 517060669 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2021 20:23:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517060670 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2021 20:23:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517262534 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:08 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517060671 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517060672 | | Email/Text: bk@afsacceptance.com | Aug 25 2021 20:24:00 | Prefrd Auto, 1260 Centre Tpke, Orwigsburg, PA 17961-8956 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517060662 | *+ | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517060663 | ## | Eastern Account System, 75 Glen Rd Ste 310, Sandy Hook, CT 06482-1175 |
| 517060668 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 517060674 | ##+ | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |

Case 17-28430-CMG    Doc 74    Filed 08/27/21    Entered 08/28/21 00:12:34    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 137 | Total Noticed: 33 |

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Alicia R Green bktrustee@straffilaw.com |
| | G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com |
| | bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6