| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 17-28430 / CMG**

Alicia R Green

Petition Filed Date: 09/11/2017
341 Hearing Date: 10/19/2017
Confirmation Date: 01/17/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/16/2021 | $605.50 | 74516950 | 04/05/2021 | $6,000.00 | 75789500 | 07/19/2021 | $1,392.00 | 78168590 |
| 09/03/2021 | $1,392.00 |  | 09/17/2021 | $700.00 |  | 10/01/2021 | $700.00 |  |
| 10/29/2021 | $1,400.00 |  | 12/03/2021 | $1,400.00 |  |  |  |  |

**Total Receipts for the Period: $13,589.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $39,654.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alicia R Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» ORD 2/22/18 | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |
| 1 | KHEAA<br>»» HESAA | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2013 KIA SOUL/DEF BAL | Unsecured Creditors | $17,812.25 | $0.00 | $17,812.25 |
| 3 | LVNV FUNDING LLC | Unsecured Creditors | $593.49 | $0.00 | $593.49 |
| 4 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»» P/248 2ND AV/1ST MTG | Mortgage Arrears | $47,568.81 | $31,383.55 | $16,185.26 |
| 0 | Daniel Straffi, Esq.<br>»» ORDER 9/16/21 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 17-28430 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,654.00 | Plan Balance: | $18,893.00 ** |
| Paid to Claims: | $36,783.55 | Current Monthly Payment: | $1,867.00 |
| Paid to Trustee: | $2,870.45 | Arrearages: | $9,311.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $58,547.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.