Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28430−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alicia R Green
    248 2nd Ave
    Toms River, NJ 08757

Social Security No.:
    xxx−xx−9143

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/20/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 20, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alicia R Green  
    Debtor

Case No. 17-28430-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 20, 2022      Form ID: 148      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia R Green, 248 2nd Ave, Toms River, NJ 08757-4825 |
| lm | + | Central Loan Administration, 45 Phillips Ave, Ewing, NJ 08638 |
| 517060652 | | Acs/Pnc Bank, ACS/Education Services, PO Box 7051, Utica, NY 13504-7051 |
| 517060653 | | Aurora Financial Gr In, 900 Route 73 N, Marlton, NJ 08053-1230 |
| 517060663 | # | Eastern Account System, 75 Glen Rd Ste 310, Sandy Hook, CT 06482-1175 |
| 517060667 | | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 517486363 | + | Ocean Board of Social Services, 1027 Hooper Avenue, Toms River, NJ 08753-8370 |
| 517060673 | | State of Nj Highed Ed, PO Box 543, Trenton, NJ 08625-0543 |
| 517060674 | + | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 517060676 | # | Thrift Investment Corp, 720 King George Rd, Fords, NJ 08863-1974 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517104726 | | EDI: PHINAMERI.COM | Jul 21 2022 00:28:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 517156920 | + | EDI: PHINAMERI.COM | Jul 21 2022 00:28:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 517060655 | | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517060654 | | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517060656 | | Email/Text: clientservices@credit-control.com | Jul 20 2022 20:29:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517060657 | | EDI: COMCASTCBLCENT | Jul 21 2022 00:28:00 | Comcast, PO Box 840, Newark, NJ 07101-0840 |
| 517060658 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 517060659 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517060661 | | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 17-28430-CMG    Doc 82    Filed 07/22/22    Entered 07/23/22 00:12:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 148 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 517060660 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 20:33:21 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| | | | Jul 20 2022 20:33:07 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517060664 | | Email/Text: EBNBKNOT@ford.com | Jul 20 2022 20:29:00 | Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 517060666 | | Email/Text: rob@ftafinancial.com | Jul 20 2022 20:30:00 | FTA Financial, LLC, 220 US Highway 46 Ste 301, Little Ferry, NJ 07643-1416 |
| 517060665 | + | Email/Text: EBNBKNOT@ford.com | Jul 20 2022 20:29:00 | Frd Motor Cr, PO Box BOX542000, Omaha, NE 68154-8000 |
| 518778168 | | Email/Text: legaldivision@kheaa.com | Jul 20 2022 20:29:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518778169 | | Email/Text: legaldivision@kheaa.com | Jul 20 2022 20:29:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517060669 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 20:29:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517060670 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 20:29:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517262534 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:23 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517060671 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:09 | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517274601 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 20 2022 20:29:00 | New Jersey Housing and Mortgage Finance Agency, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517060672 | | Email/Text: bk@afsacceptance.com | Jul 20 2022 20:29:00 | Prefrd Auto, 1260 Centre Tpke, Orwigsburg, PA 17961-8956 |
| 517060675 | | EDI: WTRRNBANK.COM | Jul 21 2022 00:28:00 | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 517060677 | | EDI: WTRRNBANK.COM | Jul 21 2022 00:28:00 | Tnb - Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517060662 | *+ | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517060668 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Alicia R Green bktrustee@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6